A venire for
the circuit a-
mended, by
adding a *seal*,
and making
out and filing
a sheriff's *re-
turn* thereto,
*nunc pro tunc.*

JACKSON, *ex dem.* CULVER, *against* BROWN.

AT the last Tompkins Circuit, the plaintiff was non-suited, the defendant neither appearing at the trial, nor confessing lease, entry and ouster. After the Circuit, the defendant discovered that the plaintiff's attorney had, by mistake, gone to trial upon a venire without any *seal*, and that the sheriff had omitted to make a *return* upon it; and for these causes,

*C. P. Kirkland,* moved to set aside the nonsuit, and all subsequent proceedings for irregularity. He relied mainly on *The People* v. *M'Kay*, (18 John. Rep. 212.)

*W. M. Oliver*, contra, moved to amend, by affixing a seal to the venire, and causing the sheriff to make out a return *nunc pro tunc.*

*Curia.* Take your motion to amend in both particulars, on payment of costs.

Rule accordingly.